IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CECIL R. TALIAFERRO, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | **02C 0514** |
| v. ) | JUDGE HOLDERMAN |
| ) | |
| CITY COLLEGES OF CHICAGO, ) | MAGISTRATE JUDGE ASHMAN |
| ILLINOIS COMMUNITY COLLEGE ) | JURY TRIAL DEMANDED |
| DISTRICT NO. 508, ) | |
| ) | |
| Defendant. ) | |

**DOCKETED**
JAN 2 3 2002

## COMPLAINT AT LAW

NOW COMES the Plaintiff, **CECIL R. TALIAFERRO**, by and through his attorneys, **BARRY A. GOMBERG & ASSOCIATES, LTD.**, and complaining of the Defendant, **CITY COLLEGES OF CHICAGO, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508**, states as follows:

### COUNT I – TITLE VII

1. Plaintiff brings this cause pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. and the Civil Rights Act of 1991. Jurisdiction also arises pursuant to 28 U.S.C. § 1343(4).

2. Plaintiff has filed this cause subsequent to the timely filing of a Charge of Discrimination based on his sex (male); with the Illinois Department of Human Rights and the Equal Employment Opportunity Commission, a true and correct copy of which is attached hereto as Exhibit A.

3. Plaintiff has filed this cause pursuant to a Notice of Right to Sue issued by the United States Department of Justice within the statutory time requirements, a true and correct copy of which is attached hereto as Exhibit B.

1—1

4. Plaintiff, at all times pertinent hereto, was a person protected by the provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(b).

5. Defendant, at all times pertinent hereto, operated and did business within the jurisdiction of this judicial circuit and is an employer as defined by 42 U.S.C. § 2000e(b).

6. Plaintiff was employed by Defendant as Vice-President of Harold Washington College from February 14, 2000 until he was terminated September 29, 2000.

7. In direct violation of Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e et seq., Defendant, by its agents and employees, engaged in the discriminatory acts described in the attached Charge of Discrimination, attached hereto as Exhibit A and incorporated herein by reference.

8. As a result of Defendant's discriminatory conduct as aforesaid, Plaintiff has suffered injury to his career as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which he is entitled to compensatory damages pursuant to 42 U.S.C. § 1981 a.

9. Defendant's discriminatory conduct as aforesaid, was done with malice and/or reckless indifference to Plaintiff's civil rights. Plaintiff is therefore entitled to punitive damages pursuant to 42 U.S.C.§ 1981a

**WHEREFORE**, Plaintiff prays as follows:

A. For an award of back pay, including lost wages, pension benefits, insurance benefits, accrued sick leave and other fringe benefits;

B. For an award of compensatory damages for emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life and other non-pecuniary damages;

2

C. For front pay, with all pay, benefits and privileges he had before he was terminated, if the Court deems reinstatement instanter inappropriate;

D. For an award of punitive damages in an amount to be determined at the time of trial;

E. For attorney's fees and costs of this suit, including expert witness fees;

F. For pre-judgment interest in an amount to be determined at the time of trial; and

G. For such other relief as is just and equitable.

CECIL R. TALIAFERRO

By _____
One of His Attorneys

Barry A. Gomberg
Brian S. Schwartz
BARRY A. GOMBERG & ASSOC., LTD.
53 W. Jackson Blvd., Suite 1350
Chicago, IL 60604
(312) 922-0550

3

## ILLINOIS DEPARTMENT OF HUMAN RIGHTS and EEOC
*(State or local Agency, if any)*

| NAME *(Indicated Mr., Ms., or Mrs.)* | HOME TELEPHONE NO. *(Include Area Code)* |
|---|---|
| Cecil R. Taliaferro | (773) 846-9290 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 6803 S. Wabash Street Unit B | Chicago, Illinois 60637 | Cook |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below.)*

| NAME Illinois Community College District City Colleges of Chicago - Harold Washington College No. 508 | NO. OF EMPLOYEES/MEMBERS 15+ | TELEPHONE NUMBER *(Include Area Code)* (312) 553-5902 |
|---|---|---|
| STREET ADDRESS 30 E. Lake Street | | CITY, STATE AND ZIP CODE Chicago, Illinois 60601 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE |

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ AGE  ☐ RETALIATION  ☐ OTHER *(Specify)* Disability

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE** *(Month, day, year)* 9-29-00

**THE PARTICULARS ARE** *(If additional space is needed, attached extra sheet(s))*: Teaching / Harassment

I. I was hired as the Vice-President of Harold Washington College by Respondent on February 14, 2000.

II. I was discharged by Respondent on September 29, 2000.

III. I was discriminated against based on my sex (male) in that:
  A. Nancy DeSombre, President of Harold Washington College, subjected me to gender based hostility, discrimination and a hostile working environment.
  B. I was meeting the legitimate expectations of Respondent.
  C. Female employees were not subjected to gender based hostility, discrimination and a hostile working environment.
  D. The reasons given for my discharge were pretextual.

IV. As a result of the aforementioned, I have suffered extreme emotional distress.

DEPT. OF HUMAN RIGHTS
INTAKE UNIT
DEC 08 2000
RECEIVED BY

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - *(When necessary to meet State and Local Requirements)*
Aundria J Brown

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.
X /s/ Cecil R. Taliaferro

SIGNATURE OF COMPLAINANT
X /s/ Cecil R. Taliaferro

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)*
4th DECEMBER 2000

Notary Stamp

OFFICIAL SEAL
AUNDRIA J. BROWN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-11-2003

**EXHIBIT A**



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
0921 7358

*Employment Litigation Section*
*P.O. Box 65968*
*Washington, DC 20035-5968*

November 13, 2001

Mr. Cecil R. Taliaferro
6803 S. Wabash St., Unit B
Chicago, IL 60637

Re: EEOC Charge Against City Colleges of Chicago, Illinois Community College District #508, et al.
No. 21BA10661

Dear Mr. Taliaferro:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Ralph F. Boyd, Jr.
Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
    City Colleges of Chicago, Illinois Community College District #508



Cat # 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** CECIL R. TALIAFERRO | **Defendant(s):** CITY COLLEGES OF CHICAGO, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508 |
| County of Residence: Cook | County of Residence: Cook |
| Plaintiff's Atty: Barry A. Gomberg/Brian S. Schwartz<br>Barry A. Gomberg & Assoc., Ltd.<br>53 W. Jackson Blvd., Suite 1350<br>(312) 922-0550 | Defendant's Atty: |

DOCKETED JAN 2 3 2002

02C 0514
JUDGE HOLDERMAN
MAGISTRATE JUDGE ASHMAN

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principle
Parties **(Diversity Cases Only)**
    Plaintiff:- **N/A**
    Defendant:- **N/A**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **442 Employment**

VI. Cause of Action:    **Title VII of the Civil Rights Act of 1964, 42 U.S.C. sec. 2000e et seq. Gender discrimination**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:
Date:

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm    1/14/02

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

Double click on question mark for appearance form instructions

In the Matter of

CECIL R. TALIAFERRO
  Plaintiff,
v.
CITY COLLEGES OF CHICAGO, ILLINOIS COMMUNITY COLLEGE DISTRICT NO. 508,
  Defendant.

DOCKETED JAN 23 2002

Case Number: 02C 0514

JUDGE HOLDERMAN
MAGISTRATE JUDGE ASHMAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: [signed] |
| NAME: Barry A. Gomberg | NAME: Brian S. Schwartz |
| FIRM: Barry A. Gomberg & Assoc., Ltd. | FIRM: Barry A. Gomberg & Assoc., Ltd. |
| STREET ADDRESS: 53 West Jackson Blvd., Suite 1350 | STREET ADDRESS: 53 West Jackson Blvd., Suite 1350 |
| CITY/STATE/ZIP: Chicago, IL 60604 | CITY/STATE/ZIP: Chicago, IL 60604 |
| TELEPHONE NUMBER: (312) 922-0550 | TELEPHONE NUMBER: (312) 922-0550 |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: 6273020 |
| MEMBER OF TRIAL BAR? YES ✔ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ✔ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ✔ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

1-3